UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE LUIS BROOKS,

                          Petitioner,

                -v.-

BRYAN FLANAGAN, et al.,

                          Defendants.

26 Civ. 00674 (JHR)

ORDER TO ANSWER

JENNIFER H. REARDEN, District Judge:

Upon consideration of Petitioner Jorge Luis Brooks's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1,[1] it is hereby ORDERED that:

1. By **January 29, 2026**, Petitioner shall file a letter stating the date and time of his "next ICE check-in." *See* ECF No. 1 ¶ 31.

2. By **January 30, 2026**, pursuant to 28 U.S.C. § 2243, Respondents must "show cause why the writ should not be granted."

3. By **February 2, 2026**, Petitioner shall file any reply.

4. The parties shall inform the Court by letter or letters forthwith if Petitioner is detained or if his status otherwise changes.

The Court will determine whether oral argument, an evidentiary hearing, or further proceedings are necessary after reviewing the parties' submissions.

Petitioner shall serve this Order on the United States Attorney for the Southern District of New York by **5:00 p.m.** today, **January 28, 2026**, and file proof of service on the docket by **11:59 p.m.**

Dated:  January 28, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

---

[1] The petition was filed on January 26, 2026. The Court was closed that day due to inclement weather. The action was assigned to this Court on January 27, 2026.